## 47625. DUKE v. STEED et al.

HALL, Presiding Judge. One defendant in a negligence action appeals from the judgment. The sole issue on this appeal is the order of argument which was set by the court as follows: plaintiff's counsel No. 1; co-defendant's counsel No. 1; appellant's counsel; co-defendant's counsel No. 2; plaintiff's counsel No. 2. The court's ruling complies with all the limitations on its discretion in this matter. Plaintiff received opening and concluding arguments; no more than two counsel per side were permitted to argue; and only one was heard in conclusion. See *Code* § 24-3320. It was within the court's discretion to allow o-defendant's two counsel to argue before and after ap-

pellant's. *Hines v. Donaldson,* 193 Ga. 783 (20 SE2d 134); *Gunnells v. Cotton States Mut. Ins. Co.* 117 Ga. App. 123 (159 SE2d 730); *Pealock v. Pealock,* 227 Ga. 795 (183 SE2d 397).

*Judgment affirmed. Pannell and Quillian, JJ., concur.* ARGUED NOVEMBER 7, 1972—DECIDED NOVEMBER 14, 1972.

*Neely, Freeman & Hawkins, Paul M. Hawkins,* for appellant.

*Tisinger & Tisinger, David H. Tisinger, Ross & Finch, I. J. Parkerson, Malcolm P. Smith, Wiggins & Camp, William J. Wiggins,* for appellees.